# <u>M A N D A T E</u>

TO THE 332ND DISTRICT COURT of HIDALGO COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 11th day of September, 2014, the cause upon appeal to revise or reverse your judgment between

Steven Patrick Jones, et al.,                                           Appellants,

v.

Lydia Tummel, et al.                                               Appellees.

CAUSE NO. 13-14-00349-CV                              (Tr.Ct.No. C-0034-13-F)

was determined; and therein our said Court made its order in these words:

      THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellants.

      We further order this decision certified below for observance.

September 11, 2014.

★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 30th day of December, 2014.



                                Dorian E. Ramirez

                                Dorian E. Ramirez, CLERK